UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 3 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOOTBRIDGE LIMITED TRUST
28 Thorndal Circle
Darien, CT 06820

Plaintiff

     VS.

JAMES ZHANG
307 Misty Knoll Drive
Rockville, MD 20850
Telephone (301) 517-5760

Defendant

CASE NUMBER  1:04CV00347

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 03/03/2004

---

## NOTICE OF REMOVAL

Defendant, James Zhang, <u>pro se</u>, hereby files this Notice of Removal of the above-described action to the United States District Court for the District of Columbia from the Superior Court of the District of Columbia where the action is now pending as provided by 28 U.S.C. Ch. 89 (2004) and states:

1. Footbridge Limited Trust filed in the Superior Court of the District of Columbia a complaint, being Case No. 04ca000620, seeking to recover damages in excess of $75,000.00 against Defendant. The complaint and process was served upon Defendant on February 6, 2004.

2. The action described in Paragraph 1 of this Notice is a civil action, of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332

(2004), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441 (2004), in that it is a civil action wherein the matter in controversy exceeds the sum of value of $75,000.00, exclusive of interests and costs, and is between citizens of different states.

3.    The plaintiff at the time the action in the Superior Court of the District of Columbia was commenced was and still is a trust organized under the laws of Bermuda, a territory of the United Kingdom of the Great Britain and Northern Ireland, with its principal place of business in the State of Connecticut, and Defendant at the time the action in the Superior Court of the District of Columbia was commenced was and still is a citizen of the State of Maryland.

4.    Defendant attaches to this Notice a copy of pleadings and process served upon him in the cause.

5.    Defendant will give written notice of the filing of this Notice as required by 28 U.S.C §1446(d) (2004).

6.    A copy of this Notice will be filed with the clerk of the Superior Court of the District of Columbia as required by 28 U.S.C. §1446(d).

**WHEREFORE,** Defendant requests that this action proceed in this Court as an action properly removed to it.

Dated: March 3, 2004

James Zhang, pro se
307 Misty Knoll Drive
Rockville, MD 20850
Tel. (301) 517-5760
Bar No. 463720

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 3, 2004 he served the above Notice of Removal upon Peter Goldman, who is the attorney of record for Plaintiff Footbridge Limited Trust, by first-class mail in the City of Rockville, Maryland to Peter Goldman, O'Reilly & Mark, P.C., 11200 Rockville Pike, Suite 301, North Bethesda, Maryland 20852.

Date: March 3, 2004

James Zhang, pro se