*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **FOOTBRIDGE LIMITED TRUST**<br><br>Plaintiff(s),<br><br>vs.<br><br>**JAMES ZHANG**<br><br>Defendant(s). | Civil Case No: **04-0347 (CKK)** |

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that exhibits to defendant's Notice of Removal have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date: March 3, 2004**